IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARISSA TRATTHEN, | : | No. 3:20cv2341 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CRYSTAL WINDOW & DOOR SYSTEMS PA, LLC. and CRYSTAL WINDOW & DOOR SYSTEMS LTD., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 31st day of July 2024, the defendants' motion for summary judgment (Doc. 31) is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court